**Opinion issued August 6, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00574-CV

_____

## IN RE FARIBORZ SHOJAI, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Fariboz Shojai, acting pro se, has filed a petition for writ of mandamus requesting expungement of a notice of lis pendens.[1] We deny the petition.

### PER CURIAM

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.

---

[1] The underlying case is *Morrell Masonry Supply, Inc. v. Contract Developers, Inc.*, cause number 2015-55588, pending in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.